

THOMAS J. CATLIOTA
U. S. BANKRUPTCY JUDGE

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### (Greenbelt Division)

| | | |
|---|---|---|
| In Re: | * | |
| TVI Corporation and CAPA Manufacturing Corporation | * | Case No.   09-15677 TJC |
| | * | Chapter   11 |
| Debtor(s) | * | |
| ************************************* | * | |
| Plan Administration Committee | * | |
| | * | |
| Plaintiff(s) | * | |
| vs. | * | Adversary   No. 10-00456 |
| Welcome Holdings, LLC | * | |
| | * | |
| Defendant(s) | * | |

### **SCHEDULING ORDER**

For good cause appearing, IT IS HEREBY ORDERED, THAT:

1.  The parties shall comply with the initial disclosure requirements of Fed.R.Civ.P 26(a).

2.  If this Scheduling Order is being entered in a Contested Matter, Fed.R.Civ.P 26(a)(2) applies. (Note: Fed.R.Civ.P 26 (a)(2) applies in all adversary proceedings.)

3 .  Expert witnesses and reports are to be disclosed and furnished by  **September 13, 2010**.

4. Counter-designation of expert witnesses and reports are to be disclosed and furnished by **October 13, 2010**.

5. Discovery is to be completed by **November 12, 2010**.

6. Dispositive motions by any party by **December 27, 2010**.

7. The original and two copies of the exhibit list and exhibits and list of witnesses are to be filed as required by Local Bankruptcy Rule 7016-1(c), and copies exchanged with opposing counsel by **July 24, 2011**. The parties must also file any portion of a deposition that will be offered by a party in its case in chief, and must identify the witness, date, line numbers and pages of the deposition, and provide a copy of same. Any other party must make a counter-designation as under Rule 32(a)(4) Fed.R.Civ.P. by **August 8, 2011**.

**INSTRUCTIONS FOR EXHIBITS REQUIRED TO BE PRE-FILED.**

Each set of pre-filed Exhibits shall be bound, or in loose leaf cover, and shall begin with the exhibit list identifying each exhibit by number. Each exhibit shall be tabbed by exhibit number.

**IF EXHIBITS ARE NOT PRE-FILED AS REQUIRED BY THIS ORDER, THEY MAY BE EXCLUDED FROM EVIDENCE**.

8. The deadline to object to exhibits and list of witnesses is **August 23, 2011**. Exhibits not objected to in writing will be admitted if offered. Witnesses not objected to in writing will be allowed to testify if called.

9. All parties must file pre-trial statements in conformity with Local Bankruptcy Rule 7016-1(b) by **August 23, 2011**.

*10. A final pre-trial conference **August 31, 2011 at 10:00 a.m.** Upon advance notice to the Court, this conference may be conducted telephonically.

11. Trial time estimate **1/2 day**.

*12. TRIAL IS SET FOR **September 7, 2011 at 10:30 a.m.**

13. Copies of all pleadings are to be served on the U.S. Trustee, 6305 Ivy Lane, Suite 600, Greenbelt, Maryland 20770.

**\* SPECIAL NOTICE TO ALL PARTIES**:

**FAILURE TO COMPLY WITH THE SCHEDULING ORDER MAY RESULT IN SANCTIONS BEING IMPOSED BY THE COURT ON THE OFFENDING PARTY, INCLUDING, BUT NOT LIMITED TO, DISMISSAL OF THE ACTION.**

**ALL PARTIES ARE ADVISED TO REVIEW CAREFULLY LOCAL RULE 9018-1 CONCERNING THEIR OBLIGATIONS TO LIMIT THE INTRODUCTION OF PRIVATE INFORMATION AND TO REVIEW TRANSCRIPTS TO REDACT PRIVATE INFORMATION.**

TJC 7/14/2010
(rh)

**End of Order**